IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

```
AGNES JONES, CHRISTINE WATSON      )
JONES, KATHARINE WATSON SANDERS,   )
PRESTON F. SANDERS, DONALD R.      )
BARTLETT, CARL M. ROOKS, KATHRYN K.)
FRIEDMAN, WILLIAM E. DUNN, SHIRLEY )
JOYNER DUNN, and THOMAS O. WOODCOCK)
                                   )
        Plaintiffs,                )
                                   )
v.                                 )     CIVIL ACTION FILE NO.
                                   )     CV205-221 – LEAD CASE
ALLIEDSIGNAL, INC., now known as   )
HONEYWELL INTERNATIONAL INC.       )     AND ALL MEMBER CASES
and formerly known as ALLIED       )
CHEMICAL CORPORATION,              )
                                   )
        Defendant.                 )
                                   )
```

## ORDER

By Order dated November 16, 2005, this Court severed plaintiffs' claims into separate cases and ordered each plaintiff to pay the required $250.00 filing fee within 10 days. Plaintiffs asked the Court to reconsider this Order, asserting that Defendant Honeywell International Inc. should pay these costs instead. Having considered the arguments of the parties as well as the applicable law on the subject, this Court now reaffirms its November 16th Order. Accordingly, each plaintiff is hereby ordered to pay the $250.00 filing fee per case within ten (10) days from the date of the entry of this order.

Since the *Owens* case is in state court and there is no other operative complaint in this Court in these cases, the Court directs each plaintiff to file a separate complaint in each of the separate cases. The *Jones* case will remain as case number CV205-221 and will be the lead case

with all docketing being filed in this case. All remaining plaintiffs will be given new case numbers as assigned by the Clerk.

SO ORDERED, this 19th day of January, 2006.

*[signature]*
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Proposed by:**

Wallace E. Harrell, Esq.
  Georgia Bar No. 328800
Mark D. Johnson, Esq.
  Georgia Bar No. 395041
GILBERT, HARRELL, SUMERFORD & MARTIN
777 Gloucester Street, Suite 200
Brunswick, Georgia 31521-0190
(912) 265-6700

J Kevin Buster
  Georgia Bar No. 099267
Patricia T. Barmeyer
  Georgia Bar No. 038500
Randy J. Butterfield
  Georgia Bar No. 100120
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-4600

James A. Bishop
  Georgia Bar No. 058600
THE BISHOP LAW FIRM
777 Gloucester Street, Suite 401
Brunswick, Georgia 31520
(912) 264-2390