IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| THOMAS O. WOODCOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HONEYWELL INTERNATIONAL, | ) | CIVIL ACTION FILE |
| INC., formerly known as | ) | NO. CV 206-34 |
| ALLIED CHEMICAL CORPORATION | ) | |
| and as ALLIEDSIGNAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER GRANTING EXTENSION TO RESPOND
TO DEFENDANT'S MOTION TO JOIN GLYNN COUNTY,
GEORGIA AS A NECESSARY PARTY**

It appearing from signatures of counsel below that the parties have consented to an extension through August 11, 2006, for Plaintiff to respond to Defendant's motion to join Glynn County, Georgia as a necessary party,

IT IS HEREBY ORDERED that Plaintiff shall file his response to Defendant's motion to join Glynn County, Georgia as a necessary party on or before Friday, August 11, 2006.

SO ORDERED, this the 27th day of July, 2006.

_____
James E. Graham
United States Magistrate Judge
Southern District of Georgia

CONSENTED TO BY:

KILLIAN & BOYD

by: _____
506 Monk Street
Brunswick, GA 31520
(912) 265-5063
COUNSEL FOR PLAINTIFF


GILBERT, HARRELL, SUMERFORD
 & MARTIN, P.C.

by: _____
Post Office Box 190
Brunswick, Georgia 31521-0190
(912) 265-6700
COUNSEL FOR DEFENDANT