IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WILLIAM E. DUNN and, <br> SHIRLEY JOYNER DUNN, <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, <br> INC., formerly known as <br> ALLIED CHEMICAL CORPORATION <br> and as ALLIEDSIGNAL, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Lead Case W205-221

CIVIL ACTION FILE
NO. CV 206-33

**CONSENT ORDER GRANTING EXTENSION TO RESPOND
TO DEFENDANT'S MOTION TO JOIN GLYNN COUNTY,
GEORGIA AS A NECESSARY PARTY**

It appearing from signatures of counsel below that the parties have consented to an extension through August 11, 2006, for Plaintiffs to respond to Defendant's motion to join Glynn County, Georgia as a necessary party,

IT IS HEREBY ORDERED that Plaintiffs shall file their response to Defendant's motion to join Glynn County, Georgia as a necessary party on or before Friday, August 11, 2006.

SO ORDERED, this the 27th day of July, 2006.

James E. Graham
United States Magistrate Judge
Southern District of Georgia

CONSENTED TO BY:

KILLIAN & BOYD

by: _____
506 Monk Street
Brunswick, GA 31520
(912) 265-5063
COUNSEL FOR PLAINTIFFS



GILBERT, HARRELL, SUMERFORD
 & MARTIN, P.C.

by: _____
Post Office Box 190
Brunswick, Georgia  31521-0190
(912) 265-6700
COUNSEL FOR DEFENDANT