IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AGNES JONES, CHRISTINE WATSON ) <br> JONES, ETAL ) <br> ) <br> ) <br> v.  ) <br> ) <br> ) <br> HONEYWELL INTERNATIONAL, INC. ) <br> *formerly known as* ALLIEDSIGNAL, INC., and ) <br> *formerly known as* ALLIED CHEMICAL ) <br> CORPORATION ) <br> ) | Case No. CV205-221 Lead Case |

### ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Judgment on the Pleadings, #25,26,27,28,29,30,31,32.

Motion for Joinder, #34, and 42.

SO ORDERED, this 8th day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA